APPLICANT: <u>ALESHA DEAN</u>                    APPLICATION NO. <u>WR-79,040-02</u>

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

FILED AND SET FOR SUBMISSION.

_____    12/16/15
JUDGE                                                DATE

FILED IN
COURT OF CRIMINAL APPEALS

DEC 16 2015

Abel Acosta, Clerk